(*Supreme Court of Illinois.*)

## The People on the Relation of Glenn

vs.

## Thos. S. Needles.

(January Term, 1878.)

MANDAMUS. Leave to file petition for. If respondent demurs to petition no process is necessary. Where only private interests are involved case will not be advanced.

SCOTT, J.:—

In this case the motion is for leave to file a petition for a mandamus. We see no reason why leave should not be granted to file the petition. As the attorney-general has entered a demurrer to the petition there is no necessity for awarding process. Only private interests are involved in the litigation and the case will be placed upon the docket and called in its regular order.